**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**LISA SCHAUER,**

    **Plaintiff,**

**vs.**                                                      **Case No.: 8:05-cv-510-T-MSS**

**SOUTHWEST ACCEPTANCE FINANCE, INC.,**
**PROFIT SHARING PLAN,** *et al.,*

    **Defendants.**
_____/

## ORDER

    **This comes** before the Court upon the parties' filing of their Consent to the Exercise of Jurisdiction by a United States Magistrate Judge (the "Consent"). (Dkt. 55). In light of the parties' Consent, the Report and Recommendation filed in this case by the Undersigned (Dkt. 44) is now a final Order. Therefore, it is **ORDERED** that Defendants' Motion to Dismiss (Dkt. 15) is **DENIED**.

    **DONE and ORDERED** in Tampa, Florida on this 22nd day of March 2006.

_____
MARY S. SCRIVEN
United States Magistrate Judge

Copies to:

Counsel of record