**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**LISA L. SCHAUER,**

      **Plaintiff,**                      **Case No.: 8:05-cv-510-T-MSS**

**v.**

**SOUTHWEST ACCEPTANCE**
**FINANCE, INC. PROFIT SHARING**
**PLAN and SOUTHWEST**
**ACCEPTANCE FINANCE, INC.,**

      **Defendants.**
_____

## <u>ORDER</u>

    **THIS CAUSE** comes on for consideration of non-party, Burritt, Carlson & Associates, LLP's ("BCA") Motion to Quash the Subpoena Duces Tecum Without Deposition (Dkt. 41) (the "Motion to Quash").  Plaintiff failed to file a response.

    Pursuant to Fed. R. Civ. P. 45(c)(3), non-party, BCA moves this Court for entry of an Order quashing Plaintiff's subpoena for production of documents. BCA is located in Naperville, Illinois and does not have an office in Florida.  BCA's counsel asserts that the subpoena should be quashed because it was not properly effectuated under Fed. R. Civ. P. 45.  Specifically, BCA's counsel contends that Plaintiff's subpoena demands that BCA produce documents more than 100 miles from its place of business in violation of Fed. R. Civ. P. 45 (c)(3)(A)(ii).  In addition, BCA's counsel informs the Court that many of the documents requested in the subpoena were already provided to Plaintiff during the December 9, 2005, deposition of Ms. Julie Carlson, a BCA employee.

    Upon consideration of the above and because Plaintiff failed to file a response, it

is **ORDERED** that the Motion to Quash (Dkt. 41) is **GRANTED** without prejudice to Plaintiff

to serve, if necessary, a new subpoena in full compliance with Fed R. Civ. P. 45.

    **DONE** and **ORDERED** in Tampa, Florida on this 7th day of April 2006.


MARY S. SCRIVEN
United States Magistrate Judge


Copies furnished to:
Counsel of record